```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
                    "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

             Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/10/98
             Closed: 06/10/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 12/10/98 receipt # 00106361
           Trial by: Jury


Parties of Record:                         Counsel of Record:

PLF 1.1           WELCH, MORRIS DAVID          William B. Schendel
                                               Winfree Law Office
                                               301 Cushman Street, Suite 200
                                               Fairbanks, AK 99701
                                               907-451-6500
                                               FAX 907-451-6510

                                               Kenneth L. Covell
                                               712 8th Avenue
                                               Fairbanks, AK 99701
                                               907-452-4377
                                               FAX 907-451-7802

DEF 1.1           NORTH SLOPE BOROUGH          William A. Earnhart
                                               Lane Powell et al
                                               301 W. Northern Lights, #301
                                               Anchorage, AK 99503-2648
                                               907-277-9511
                                               FAX 907-276-2631

DEF 2.1           NAGEAK, BENJAMIN             William A. Earnhart
                                               (see above)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
"MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

For all filing dates

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 12/10/98
           Closed: 06/10/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/10/98 receipt # 00106361
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/10/98 | Complaint filed. |
| 2 - 1 | 12/10/98 | PLF 1 Demand for jury trial. |
| 3 - 1 | 01/08/99 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Sedwick for all further proceedings. Use case number A98-398CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 4 - 1 | 01/15/99 | Stipulation that case stayed until 30 days after ruling on mots to dismiss and for sj in N98-004 CV (JWS). |
| 5 - 1 | 01/19/99 | JWS Order that case stayed for 30 days after resolution of mots to dismiss and for sj in N98-004 CV. cc: cnsl |
| 6 - 1 | 04/20/99 | DEF 1 Attorney Appearance of D. House. |
| 7 - 1 | 04/23/99 | PLF 1 Attorney Appearance of co-cnsl W. Schendel. |
| 8 - 1 | 05/19/99 | JWS Minute Order that cnsl to confer & file joint status report as directed due 6/1/99. cc: cnsl |
| 9 - 1 | 05/25/99 | PLF 1; DEF 1 Motion for substitution of cnsl D. House [LANE] for D. Crosby. |
| 9 - 2 | 05/26/99 | JWS Order granting substitution of D. House for D. Crosby as cnsl for def. cc: cnsl, D. House |
| 10 - 1 | 06/02/99 | PLF 1; DEF 1 Status Report. |
| 11 - 1 | 06/08/99 | JWS Minute Order setting joint stat conf w/cases N98-004 CV and A98-0413 CV for 6/15/99 at 9 a.m. at Anchorage. cc: cnsl |
| 12 - 1 | 06/15/99 | JWS Court Minutes [ECR: Roy Van Hollebeke] re: joint stat conf held 6/15/99; D. House to draft prop stip as to liability iss; disc stips to be fld by 7/6/99 setting prop sched ddlns for disc. cc: cnsl |
| 13 - 1 | 06/18/99 | PLF 1; DEF 1 Stipulation for entry of order w/att exh. |

```
┌──────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA            │
│                CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)              │
│                "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"               │
├──────────────────────────────────────────────────────────────────────────────┤
│                             For all filing dates                             │
└──────────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed      Docket text
──────────   ────────   ──────────────────────────────────────────────────────

   14 -  1   06/23/99   JWS Order approving stip at dkt 13 and based on ord at dkt 29 in N98-004
                        CV (JWS) NSB Municipal Code Section 2.20.150(A)(27) is declared invalid
                        and unenforceable. cc: cnsl

   15 -  1   07/08/99   PLF 1 Complaint (First Amended).

   16 -  1   07/13/99   PLF 1; DEF 1 Stipulation of the parties re: disc ddlns: amend of
                        pleadings 08/06/99; prelim wit lists 10/15/99; expert wit lists;
                        12/03/99; expert rpts 01/07/00; final wit lists 03/17/00; close of disc
                        05/05/00.

   16 -  2   07/15/99   JWS Order approving stip. cc: cnsl

   17 -  1   07/22/99   DEF 1 appeal to 9CCA of (14-1) filed 06/23/99. cc:cnsl, Judge, 9CCA

   18 -  1   07/22/99   DEF 1 Transcript Designation/Order Form re: notice of appeal (17-1) none
                        requested.

 NOTE -  1   07/23/99   Transmittal: Forwarded notice of appeal 9CCA w/CAD, representation
                        statement.

   19 -  1   07/23/99   Cy 9CCA Certificate of Record. (17-1) cc: cnsl, 9CCA [original]

   20 -  1   07/27/99   JWS Minute Order that plf require ans or apply for entry of dft re:
                        amended cmplt w/i 20 days. cc: cnsl

   21 -  1   07/30/99   DEF 1 Answer to First Amended Complaint.

   22 -  1   08/02/99   Cy 9CCA Time Schedule Order. (17-1) cc:cnsl, Judge Sedwick

   23 -  1   09/07/99   DEF 2 Attorney Appearance of D. House [LANE].

   24 -  1   09/15/99   JWS Minute Order that proof of svc on DEF 2 re: amended cmplt due w/i 20
                        days. cc: cnsl

   25 -  1   09/28/99   Copy of Order from 9CCA setting time to file answering brief & reply.

   26 -  1   10/07/99   PLF 1 certificate of service of 1st amended complaint executed 10/05/99
                        via mail re: def 2.

   27 -  1   10/15/99   PLF 1 Preliminary Witness List.

   28 -  1   11/02/99   DEF 1-2 Prel Witness List.

   29 -  1   11/22/99   PLF 1 Expert Witness List.

   30 -  1   01/31/00   PLF 1; DEF 1-2 Stipulation to continue expert report due date.

   30 -  2   02/08/00   JWS Order approving stip. cc: cnsl

   31 -  1   03/21/00   PLF 1; DEF 1-2 Stipulation to continue ddln for exchanging expert
                        reports until 8/15/00.

   32 -  1   03/27/00   JWS Order granting stip for ddln exchanging expert rpts until 8/15/00.
                        cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
"MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 33 - | 1 | 05/09/00 | PLF 1; DEF 1-2 Stipulation to continue the close of discovery until 8/15/00. |
| 34 - | 1 | 05/15/00 | JWS Order approving stip at dkt 33:disc to close 08/15/00. cc: cnsl |
| 35 - | 1 | 05/25/00 | PLF 1; DEF 1-2 Stipulation for ext until 7/17/00 to file final wit lists. |
| 35 - | 2 | 05/26/00 | JWS Order approving stip. cc: cnsl |
| 36 - | 1 | 07/12/00 | STRICKEN PER ORDER AT DKT 39: PLF 1 motion for order for discovery w/att memo & exh. |
| 37 - | 1 | 07/13/00 | JWS Minute Order that Rule 37 certification not included w/mot for ord of disc at dkt 36; certification due w/i 14 days. cc: cnsl |
| 38 - | 1 | 07/17/00 | DEF 1-2 opposition to PLF 1 motion for order for discovery (36-1) w/att exhs (exh B filed in camera; forwarded to chambers for review). |
| 39 - | 1 | 08/04/00 | JWS Minute Order striking motion for order for discovery (36-1) due to non-compliance w/LR 37.1(a)(2)[A] and failure to respond to crt ord at dkt 37. cc: cnsl |
| 40 - | 1 | 08/17/00 | JWS Minute Order that parties file joint rpt w/i 20 days re: staying case, ddlns for disc, disp mots and mots in limine and other issues of concern. cc: cnsl |
| 41 - | 1 | 09/06/00 | DEF 1-2 Joint Status Report. |
| 42 - | 1 | 09/11/00 | JWS Minute Order suspending pretrial ddlns; parties are to file prop pretrial sched 60 days after Ak Supreme Crt rules on 9CCA referral in N98-04 CV. cc: cnsl |
| 43 - | 1 | 04/04/01 | Copy of Order from 9CCA in view of certification to Ak State Supreme Crt, the submission of this case is VACATED; parties to submit briefs w/i 21 days of the filing of the Ak State Supreme Crt decision. (17-1) cc:cnsl, Judge Sedwick |
| 44 - | 1 | 06/11/02 | JWS Minute Order that parties file joint stat rpt re: certification by 6/25/02. cc: cnsl |
| 45 - | 1 | 06/14/02 | DEF 1-2 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart (LANE). |
| 46 - | 1 | 06/14/02 | DEF 1-2 Joint Status Report re: appeal status. |
| 47 - | 1 | 01/16/03 | JWS Minute Order that parties to file updated stat rpt w/i 15 days. cc: cnsl |
| 48 - | 1 | 01/27/03 | PLF 1 Status Report. |
| 49 - | 1 | 01/30/03 | JWS Minute Order that updated stat rpt due 4/28/03. cc: cnsl |
| 50 - | 1 | 03/13/03 | PLF 1 Address Change Notice. |
| 51 - | 1 | 03/27/03 | DEF 1-2 Address Change Notice. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
                  "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

                              For all filing dates
```

```
Document #   Filed      Docket text

   52 -   1  05/12/03   JWS Minute Order that stat rpt not fld; now due 5/27/03. cc: cnsl

   53 -   1  05/13/03   DEF 1-2 Joint Status Report re: appeals action.

   54 -   1  05/19/03   PLF 1 Report re: stat.

   55 -   1  05/30/03   JWS Minute Order that parties file joint stat rpt by 6/30/03 re:
                        concluding case. cc: cnsl

   56 -   1  06/02/03   PLF 1 Advice of counsel.

   57 -   1  06/30/03   DEF 1-2 Joint Status Report.

   58 -   1  08/05/03   9CCA Judgment/Final Order re: notice of appeal (17-1) that the district
                        court's decision is AFFIRMED.  cc: cnsl, Judge Sedwick

   59 -   1  08/25/03   JWS Minute Order that parties shall file joint stat rpt by 10/3/03
                        w/prop schedule for pre-trial activities. cc: cnsl

   60 -   1  10/03/03   DEF 1-2 Report re: status.

   61 -   1  10/29/03   Cert Copy of Order from 9CCA granting PLF 1 mot to remand issue of
                        entitlement to attorney's fees to USDC; issue remanded to USDC for
                        consideration. (17-1) cc:cnsl, Judge Sedwick

   62 -   1  11/03/03   JWS Minute Order that plf shall file appl for atty's fee by 11/14/03;
                        oppo due 11/26/03; reply due 12/4/03. cc: cnsl

   63 -   1  11/03/03   JWS Minute Order adopting stat rpt at dkt 60 and setting the following
                        ddlns: disc to close 11/30/04; disp mots ddln 12/30/04. cc: cnsl

   64 -   1  11/10/03   PLF 1 motion for order to bifurcate trial and/or otherwise establish
                        procedure for compensation of taxes awarded on attorney fees w/att memo.

   65 -   1  11/12/03   DEF 1-2 qualified non-opposition to PLF 1 motion for order to bifurcate
                        trial and/or otherwise establish procedure for compensation of taxes
                        awarded on attorney fees (64-1).

   66 -   1  11/13/03   PLF 1 motion for an award of attorney fees.

   67 -   1  11/24/03   Cert cy of Order from 9CCA granting appellee's mot that issue of
                        entitlement to attys fees be remanded to USDC; issue remanded. (17-1)
                        cc:cnsl, Judge Sedwick

   68 -   1  11/26/03   DEF 1-2 Report re: understanding of ord at dkt 103 in N98-004 CV.

   69 -   1  12/01/03   DEF 1-2 Amended certificate of service re: report filed at dkt #68.

   70 -   1  12/05/03   JWS Minute Order terminating in light of this order: mot for ord to
                        bifurcate trial and/or otherwise establish procedure for (64-1), mot for
                        an award of atty fees (66-1); any fees and costs associated w/appeal
                        will be addressed at conclusion of case. cc: cnsl

   71 -   1  12/22/03   PLF 1 motion for order for permission to file papers in Fairbanks.

   72 -   1  12/29/03   JWS Minute Order denying motion for order for permission to file papers
                        in Fairbanks (71-1). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
                       "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"
```

For all filing dates

```
Document #   Filed      Docket text
```

| Doc # | | Filed | Docket text |
|---|---|---|---|
| 73 - | 1 | 08/19/04 | PLF 1 motion for partial summary judgment w/att memo & exhs. |
| 74 - | 1 | 08/19/04 | PLF 1 Notice of filing unsigned aff of M. Welch re: PLF 1 mot for part sj (73-1). |
| 75 - | 1 | 09/01/04 | PLF 1 Notice of filing signed Aff of M. Welch re: PLF 1 mot for part sj (73-1) w/att aff. |
| 76 - | 1 | 09/07/04 | DEF 1-2 opposition to PLF 1 motion for partial summary judgment (73-1) w/att exhs. |
| 76 - | 2 | 09/07/04 | DEF 1-2 motion (cross) for partial summary judgment regarding liability w/att exhs. |
| 77 - | 1 | 09/23/04 | PLF 1 Unopposed motion setting deadline for filing of reply in plaintiff's motion for summary judgment and opposition to defendants' cross motion for summary judgment. |
| 78 - | 1 | 09/24/04 | JWS Order granting Unopposed motion setting deadline for filing of reply in plaintiff's mot for sj and oppo to defs cross mot for sj (77-1). cc: cnsl |
| 79 - | 1 | 09/30/04 | PLF 1 Unopposed motion for extension of time until 10/4/04 to file reply and oppo to defs cross motion for sj. |
| 79 - | 2 | 10/01/04 | Order granting motion Unopposed motion for extension of time until 10/4/04 to file reply and oppo to cross mot for sj (79-1). cc: cnsl |
| 80 - | 1 | 10/04/04 | PLF 1 reply to opposition to PLF 1 motion for partial summary judgment (73-1) w/att exhs. |
| 80 - | 2 | 10/04/04 | PLF 1 opposition to DEF 1-2 motion (cross) for partial summary judgment regarding liability (76-2) w/att exhs. |
| 81 - | 1 | 10/07/04 | DEF 1-2 Unopposed motion for extension of time until 10/14/04 to file defendants' reply to plaintiff's opposition to defendants' cross-motion for summary judgment. |
| 81 - | 2 | 10/08/04 | Order granting unoppo mot for ext of time until 10/14/04 to file defs rel to plf's oppo to defs' cross-mot for sj (81-1). cc: cnsl |
| 82 - | 1 | 10/14/04 | DEF 1-2 reply to opposition to DEF 1-2 motion (cross) for partial summary judgment regarding liability (76-2). |
| 83 - | 1 | 10/18/04 | PLF 1 Expert Witness List. |
| 84 - | 1 | 10/21/04 | DEF 1-2 Expert Witness List. |
| 85 - | 1 | 11/22/04 | JWS Order denying mot for part sj(73-1), mot (cross) for part sj regarding liability (76-2). cc: cnsl |
| 86 - | 1 | 11/22/04 | PLF 1 Suppl Disclosure. |
| 87 - | 1 | 11/24/04 | PLF 1 Calculation of damages. |
| 88 - | 1 | 11/29/04 | PLF 1 Supplemental Disclosure w/att exh. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
                         "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

                                        For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 89 - | 1 | 12/17/04 | DEF 1-2 Erratum notice to the crt re: trial date setting. |
| 90 - | 1 | 12/20/04 | PLF 1 Notice to court re: trial date setting. |
| 91 - | 1 | 12/23/04 | JWS Order re: settl conf before MJ Branson; sealed settl conf memos due 1/14/05 to MJ Branson's chambers. cc: cnsl, MJ Branson |
| 92 - | 1 | 12/30/04 | DEF 2 motion for summary judgment w/att exhs. |
| 93 - | 1 | 01/24/05 | PLF 1 motion to extend time until 2/3/05 for filing opposition to defendants' motion for sj. |
| 94 - | 1 | 01/24/05 | DEF 1-2 non-opposition to PLF 1 motion to extend time until 2/3/05 for filing opposition to defendants' motion for sj (93-1). |
| 95 - | 1 | 01/26/05 | AHB Order re: settl conf; settl conf set 9:30 a.m., 2/25/05. cc: cnsl, Judge Sedwick |
| 96 - | 1 | 01/26/05 | JWS Order granting motion to extend time until 2/3/05 for filing opposition to defendants' motio (93-1). cc: cnsl |
| 97 - | 1 | 02/07/05 | PLF 1 opposition to DEF 2 motion for summary judgment (92-1) w/att exhs. (original motion in folder behind file) |
| 97 - | 2 | 02/07/05 | PLF 1 motion (cross) for summary judgment against defendant Nageak w/att exhs. (original in folder behind file). |
| 98 - | 1 | 02/09/05 | DEF 1-2 Unopposed motion for extension of time until 2/22/05 to file reply to plaintiff's opposition to defendant's motion for summary judgment & to file opposition to plaintiff's cross-motion for summary judgment. |
| 98 - | 2 | 02/09/05 | Order granting unoppo mot for ext of time until 2/22/05 to file reply to plf's oppo to def's mot for sj & to file oppo to plf's cross-mot for sj (98-1). cc: cnsl |
| 99 - | 1 | 02/18/05 | JWS Order for pre-trial proceedings and final pre-trial conference setting the following dates: Final pretrial conference 05/31/05 9:00 a.m.; Exhibits due 04/08/05; Estimate of trial 5 days; Trial date 05/31/05 9:30 a.m.; trial briefs due 5/17/05. cc: cnsl, Jury clerk |
| 100 - | 1 | 02/22/05 | DEF 2 reply to opposition to DEF 2 motion for summary judgment (92-1). |
| 100 - | 2 | 02/22/05 | DEF 2 opposition to PLF 1 motion (cross) for summary judgment against defendant Nageak (97-2). |
| 101 - | 1 | 02/28/05 | AHB Court Minutes [ECR: Caroline Edmiston] settl conf held 2/25/05. No settl agreement was reached. cc: cnsl, Judge Sedwick |
| 102 - | 1 | 03/15/05 | DEF 1-2 Supplemental Witness List. |
| 103 - | 1 | 04/05/05 | JWS Order denying mot (cross) for sj against def Nageak (97-2); granting mot for sj (92-1). cc: cnsl |
| 104 - | 1 | 04/05/05 | DEF 1-2 Notice to court re: settlement. |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A98-0398--CV (JWS)
               "MORRIS DAVID WELCH V NORTH SLOPE BOROUGH ET A"

                            For all filing dates
```

```
Document #    Filed     Docket text

  105 -    1  04/06/05  JWS Minute Order vacating 5/31/05 FPTC & TBJ; settl docs or stat rpt due
                        w/i 30 days. cc: cnsl, JC

  106 -    1  06/07/05  PLF 1; DEF 1-2 Stipulation for an order for payment of attorney fees.

  107 -    1  06/10/05  JWS Order granting stipulation for an order for payment of attorney fees
                        (106-1); pymt of $60,544.60 to be made payable to the trust acct of Law
                        Office of K. Covell as settlmt of all costs & fees. cc: cnsl
```